**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Ryan M. Malone
Duplass, Zwain
3838 N Causeway Blvd, Ste 2900
Metairie LA 70002

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on September 15, 2021

**REHEARING ACTION: September 15, 2021**

**Docket Number: 21   00028-CA**

**JON HART**
**VERSUS**
**RONNIE MABOU, ET AL.**

**Appealed from Rapides Parish Case No. 266943**

**BEFORE JUDGES:**

   Hon. Sylvia R. Cooks
   Hon. Elizabeth A. Pickett
   Hon. Shannon J. Gremillion

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Technology Insurance Company, Inc.** has this day been

   **DENIED.**

cc: Eugene A. Ledet, Jr., Counsel for the Appellant